Antoni Faticati, administrator of the estate of James Faticati, deceased, appellee, v. Christian Paschen et al., trading as Paschen Brothers, appellants. Gen. No. 35,584.

Opinion filed May 17, 1932.

McKenna & Harris, for appellants; James J. McKenna and Abraham W. Brussell, of counsel. Crahen, Sullivan, O'Toole & Sullivan, for appellee; John E. Crahen, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

General Contract Purchase Corporation, defendant in error, v. Joseph Harold Leven, plaintiff in error. Gen. No. 35,596.

Opinion filed May 17, 1932. Rehearing denied May 31, 1932.

Yale & Yale, for plaintiff in error. Allan S. Jackson, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Dr. A. M. Hewett, defendant in error, v. Anna E. Hill, plaintiff in error. Gen. No. 35,609.

Opinion filed May 17, 1932.

William T. Pridmore, for plaintiff in error; Louie Marks, of counsel. Parker, McKeon & Clusman, for defendant in error; Lewis W. Hague, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Charles E. Fowler et al., appellees, v. Hi-Lo Fan Corporation et al., defendants, on appeal of Victor H. Leinweber et al., appellants. Gen. No. 35,635.

Opinion filed May 17, 1932. Rehearing denied May 31, 1932.

Henry G. Hardy, for appellants. Louis P. Miller, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.